**Dismissed and Opinion Filed January 28, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01313-CR

### TIEN JUNG KUO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the County Court at Law No. 6
### Collin County, Texas
### Trial Court Cause No. 006-88326-2013

## MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Myers

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
141313F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

TIEN JUNG KUO, Appellant

No. 05-14-01313-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 6, Collin County, Texas
Trial Court Cause No. 006-88326-2013.
Opinion delivered per curiam before Justices Bridges, Lang-Miers, and Myers.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 28th day of January, 2015.